No. 75. IN RE STOLAR. Sup. Ct. Ohio. Certiorari granted and case set for oral argument immediately following No. 53 [*Baird* v. *State Bar of Arizona,* certiorari granted, 394 U. S. 957]. *Leonard B. Boudin* for petitioner. *Paul W. Brown,* Attorney General of Ohio, *Shelby V. Hutchins,* and *William H. Schneider* in opposition.

No. 76. WELSH v. UNITED STATES. C. A. 9th Cir. Certiorari granted and case set for oral argument with No. 305 [probable jurisdiction postponed, *supra,* p. 812]. *J. B. Tietz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 51, Misc. DICKEY v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *John D. Buchanan, Jr.,* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 53, Misc. BACHELLAR ET AL. v. MARYLAND. Ct. Sp. App. Md. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Fred E. Weisgal* and *Anthony G. Amsterdam* for petitioners. *Francis B. Burch,* Attorney General of Maryland, and *Edward F. Borgerding* and *H. Edgar Lentz,* Assistant Attorneys General, for respondent.